**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LESHAWN WATSON** | * | **CIVIL ACTION NO.** |
| **V.** | * | |
| | * | **SECTION** |
| **LT. CHARLES CREEL; LT. BILLY MERSEREAU; AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RAYBURN CORRECTIONAL CENTER** | * * * * * * | **JUDGE** <br> **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come the Defendants, Lt. Billy Mersereau, and the State of Louisiana through the Department of Public Safety and Corrections, who file this Notice of Removal on the following grounds, to-wit:

## THE REMOVED CASE

1.

On or about July 7, 2025, Plaintiff filed this suit in the 22nd Judicial District Court for the Parish of Washington, State of Louisiana, captioned *Leshawn Watson v. Lt. Charles Creel et al*, Docket Number: 121119, Division "I."[1] Plaintiff sues under 42 U.S.C. § 1983 asserting entitlement to damages as a result of alleged violations of the United States Constitution. Plaintiff also asserts claims under Louisiana state law.

[1] *See*, Exhibit "A" Original Petition for Damages.

2.

Because Plaintiff asserts claims arising under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and, under 28 U.S.C. § 1441(a), removal is proper.

3.

Defendants further state that this Court currently has supplemental jurisdiction over all state law claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. § 1367(a) because those claims are so related to Plaintiff's claims asserted under 42 U.S.C. § 1983 that they form part of the same case or controversy under Article III of the United States Constitution.

4.

This notice is timely under the provisions of 28 U.S.C. § 1446(b) as it was filed within thirty (30) days of Defendants' notice that the case was removable.

**PARTIES**

5.

On or about July 23, 2025, Defendants, the State of Louisiana through the Department of Public Safety and Corrections and Lt. Billy Mersereau, were served with citation and a copy of the Plaintiff's Petition.[2]

**REMOVAL IS TIMELY**

6.

The Defendants show that this notice of removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. §1446 because it was removed within thirty (30) days after the service of the Citation and Petition upon the Defendants, the State of Louisiana through the Department of Public Safety and Corrections and Lt. Billy Mersereau.[3]

---

[2] *See*, Exhibit "B", Citations as to Billy Mersereau and DPSC.
[3] *See*, Exhibit "B"

**VENUE**

7.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. §1441(a), insofar as the United States District Court for the Eastern District of Louisiana embraces 22nd Judicial District Court for the Parish of Washington, the Court where the instant action is currently pending.

**NOTICE OF REMOVAL**

8.

Notice of the filing of this Removal is being given to the adverse party, as required by law.

9.

A true copy of this Notice of Removal is being filed with the Clerk of Court for 22nd Judicial District Court for the Parish of Washington, State of Louisiana, as required by law.

10.

All defendants who have been properly joined and served hereby join in the removal of the action, and consent to the removal of this action.[4]

[4] As indicated on the Citation of Service (Exhibit "B," p. 1), Rhonda Weldon did not accept service on behalf of named Defendant Lt. Charles Creel, as he is no longer employed (see "NLE" designation) by the Louisiana Department of Public Safety and Corrections.

11.

Defendants, Lt. Billy Mersereau, and the State of Louisiana through the Department of Public Safety and Corrections, hereby remove this case from 22nd Judicial District Court for the Parish of Washington, State of Louisiana, to the United States District Court for the Eastern District of Louisiana for further disposition.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

**BY:** *\/s/ Mary Katherine F. Koch*
**MARY KATHERINE F. KOCH (#39943)**
**Assistant Attorney General**
Louisiana Department of Justice
Litigation Division
1450 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone No.: (504) 599-1200
Facsimile No.: (504) 599-1212
E-Mail: KochM@ag.louisiana.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this, the 21st day of August 2025, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system. Additionally, on August 21, 2025, a copy of the foregoing was provided to counsel for Plaintiff via electronic mail at dgrodner@grodnerlaw.com

*/s/ Mary Katherine F. Koch*
**MARY KATHERINE F. KOCH**